Aaron Miller-M43843
P.O. Box 999
Pinckneyville, IL. 62274

CERTIFIED MAIL
7015 0640 0004 8828 2410

neopost
06/28/2017
US POSTAGE $008.76
ZIP 62274
041L12203258



LEGAL MAIL

1:17-cv-5042
Judge Robert W. Gettleman
Magistrate Judge Susan E. Cox
PC 5

Prisoner Correspondent
United States District Court
219 S. Dearborn Street,
Chicago, Il. 60604


07/05/2017-33

2017 JUL -5 PM 3:09
CLERK
U.S. DISTRICT COURT